*Lisa Herskowitz*, assistant state's attorney, in opposition.

Decided October 8, 1998

### STATE OF CONNECTICUT *v.* JORGE SANCHEZ

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 145 (AC 17336), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Elizabeth M. Inkster*, assistant public defender, in support of the petition.

*Susann E. Gill*, assistant state's attorney, in opposition.

Decided October 8, 1998

### LOUIS J. MATTEGAT ET AL. *v.* JOHN KLOPFENSTEIN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 50 Conn. App. 97 (AC 17482), is denied.

*Michael S. McKenna*, in support of the petition.

*Eric N. Wellman*, in opposition.

Decided October 8, 1998

### STATE OF CONNECTICUT *v.* CRAIG HOTH

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 77 (AC 17615), is denied.